■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LUKE TERRANOVA, Appellant. [40 NYS3d 793]—Appeal by the defendant, as limited by his motion, from a sentence of the Supreme Court, Richmond County (Collini, J.), imposed March 28, 2014, as amended April 8, 2014, upon his plea of guilty, on the ground that the sentence was excessive.

Ordered that the sentence is affirmed.

The defendant's waiver of his right to appeal was valid, and precludes review of his contention that the sentence imposed was excessive (*see People v Bradshaw*, 18 NY3d 257, 267 [2011]; *People v Lopez*, 6 NY3d 248, 255 [2006]). Eng, P.J., Austin, Roman, Maltese and Duffy, JJ., concur.